# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ABEL ATANACIO GONZALEZ LOPEZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-1318-S |
| | § | |
| MARKWAYNE MULLIN and JOSEPH B. | § | |
| EDLOW | § | |

## ORDER

This Order addresses the Amended Voluntary Dismissal Without Prejudice ("Motion") [ECF No. 8]. Upon review and consideration of the Motion, the Court **GRANTS** the Motion. All claims that Plaintiff Abel Atanacio Gonzalez Lopez asserts, or could have asserted, against Defendants Markwayne Mullin and Joesph B. Edlow in this lawsuit are hereby **DISMISSED WITHOUT PREJUDICE**. Each party will bear its own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED June 24, 2026.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**